NOT FOR PUBLICATION                                               (Doc. No. 76)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JAMES GEORGE JATRAS and KATHY PAPPAS JATRAS, | : : : : | |
| Plaintiffs, | : : | Civil No. 09-3107 (RBK/KMW) |
| v. | : : : | **ORDER** |
| BANK OF AMERICA CORP. et al., | : : | |
| Defendants. | : : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon the motion by all Defendants[1] to dismiss the Second Amended Complaint filed by Plaintiffs James George Jatras and Kathy Pappas Jatras; and the Court having considered the moving papers and response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss the Second Amended Complaint is **GRANTED**.

Date:  12/23/2010                                                  /s/ Robert B. Kugler
                                                                                 ROBERT B. KUGLER
                                                                                 United States District Judge

---

[1] Bank of America Corporation ("BOA"), Bank of America Home Loans ("CHL"), Countrywide Financial Corporation ("CFC"), Countrywide Bank, FSB ("CB"), Treasury Bank, N.A. ("TB"), ReconTrust Company, N.A. ("Recon"), Countrywide Securities Corporation ("CSC"), Mortgage Electronic Registration Systems, Inc. ("MERS"), The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificate Holders, CWALT, Inc., Alternative Loan Trust 2007-1T1 Mortgage Pass-through Certificates, Series 2007-1T1 ("BONYM"), Colleen Reed, Loraine Raymer, Angelo Mozilo, David Sambol, and Other Undiscovered Parties.